# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RIGI HOSPITALITY, LLC;** | |
| Plaintiff, | 8:20CV234 |
| vs. | |
| **AMGUARD INSURANCE COMPANY,** | **ORDER** |
| Defendant. | |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the docket in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 25th day of June, 2020.

BY THE COURT:

Michael D. Nelson
United States Magistrate Judge